IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>IAN PATRICK STEWART | **UNITED STATES' MOTION TO UNSEAL INDICTMENT, ARREST WARRANT, AND CASE**<br><br>1:25-cr-00126 |

The United States of America, by Jennifer Klemetsrud Puhl, Acting United States Attorney for the District of North Dakota, and Jonathan J. O'Konek, Assistant United States Attorney, moves this Court to unseal the Redacted Indictment, Arrest Warrant, and the case pertaining to defendant IAN PATRICK STEWART.  (Doc. Nos. 2 and 3).  On or about May 13, 2025, the defendant was charged in Williams County, North Dakota, with Burglary.  On June 4, 2025, a federal grand jury returned an Indictment charging the defendant with eight offenses.  To ensure that the defendant may obtain a copy of the Indictment and Arrest Warrant, and to provide these documents to Williams County personnel, the United States requests that this Court unseal the Redacted Indictment, Arrest Warrant, and this case.  (Doc. Nos. 2 and 3).

Dated:  June 4, 2025.

                                            JENNIFER KLEMETSRUD PUHL
                                            Acting United States Attorney

By:   */s/   Jonathan J. O'Konek*
         JONATHAN J. O'KONEK
         Assistant United States Attorney
         P. O. Box 699
         Bismarck, ND  58502-0699
         (701) 530-2420
         ND Bar Board ID No. 06821
         Jonathan.OKonek@usdoj.gov
         Attorney for United States