## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>IAN PATRICK STEWART,<br><br>Defendant. | Cr. No. 1:25-CR-126<br><br>**DEFENDANT'S MOTION TO CONTINUE DETENTION HEARING** |

Defendant Ian Patrick Stewart, by and through his attorney, Assistant Federal Public Defender Max A. Rudy, respectfully moves this Honorable Court for its Order continuing the detention hearing in this matter, which is currently scheduled for June 12, 2025, on the following grounds:

Defense counsel is currently conducting an investigation into issues pertinent to the issue of release or detention. Additional time is necessary to investigate this matter, collect records, and conduct interviews.

Based on the foregoing, Mr. Stewart moves the Court for an Order continuing the June 12, 2025, detention hearing for 14 days.

Dated this12th day of June, 2025.

Respectfully submitted,

JASON J. TUPMAN
Federal Public Defender
By:

*/s/ Max A. Rudy*
Max A. Rudy
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
Districts of South Dakota and North Dakota
100 West Broadway Avenue, Suite 230
Bismarck, ND 58501
Telephone: 701-250-4500 Facsimile: 701-250-4498
filinguser_SDND@fd.org