IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>IAN PATRICK STEWART,<br><br>Defendant. | Cr. No. 1:25-CR-126<br><br>DEFENDANT'S MOTION TO CONTINUE TRIAL |

Comes now, Ian Patrick Stewart, by and through his attorney, Assistant Federal Public Defender Max A. Rudy, and moves the Court for its Order continuing the trial date of July 15, 2025, for 45 days on the following grounds:

In order to properly represent Defendant, the undersigned needs additional time to locate witnesses, to complete the investigation, and to prepare for trial.

The undersigned, further, represents to the Court that this motion is made neither for purposes of undue delay nor other improper reason. Counsel makes this request for the Defendant in order to have the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Defendant has been informed and understands that the delay occasioned by this motion is excluded from counting under the Speedy Trial Act.

Assistant U.S. Attorney Jonathan O'Konek on behalf of the government, does not object to this motion.

Dated this 24th day of June, 2025.

        Respectfully submitted,

        JASON J. TUPMAN
        Federal Public Defender
        By:

        */s/ Max A. Rudy*
        Max A. Rudy
        Assistant Federal Public Defender
        Attorney for Defendant
        Office of the Federal Public Defender
        Districts of South Dakota and North Dakota
        100 West Broadway Avenue, Suite 230
        Bismarck, ND 58501
        Telephone: 701-250-4500
        Facsimile: 701-250-4498
        filinguser_SDND@fd.org