

AO386-C
GOVERNMENT
EXHIBIT

CASE
NO.

EXHIBIT
NO.            3