000025

6:05



+1 (906) ▇▇▇▇▇▇



AO386-C
GOVERNMENT EXHIBIT
CASE NO. _____
EXHIBIT NO. 4

and whoever else, can leave me the fuck alone. T▇▇ C. Is lucky i have self control. I want so badly to put a fuckin ricin dart through a co2 blow gun, right in that faggots eye socket

I want you walking away from this and being with your family. They need you just as much as you need them.
Some request are beyond my control but the local ones I can relay info to the right people.

Thanks man. Plenty of contacts around. I've got supplies and time.

Time keeps moving and runs out when it does, but for the time being, we're good on time

Sounds good brother I'll do what I can, I'm here and will be here for you until we get this figured out my man. You will not be another statistic.

I've got someone calling the city about your charges. Just FYI

Text Message • RCS





+1 (906) ▓▓▓▓▓▓▓

> I've got someone calling the city about your charges. Just FYI

Swat is wasting their time .

> How's your headspace right now bro, you still with me

Just fyi. They should leave. It's agitating me.

> Just sent the word over to command

J▓▓▓, no fucks given. I promise. I love America and I love my family. I will die for both.

> I'm aware brother, I'm aware

Don't make your brothers die for a battle that ain't theirs

> I'm working on everything you've asked for

That's some Obama shit

> They're your brothers too, you know how many veterans that also