T███ O████

**From:** Ian Stewart
**Sent:** Monday, May 5, 2025 2:48 PM
**To:** Ian Stewart
**Cc:** T███ O███;
**Subject:** Re: Stewart, Ian - Contempt of Court

I am a very intelligent apex predator T█████ Stick arrows through mountain lions. Depending on what happens, shoot Barack Obama in the face, after I put a ricin dart, out of a co2 blow gun with a thermal sight, in T██ C██████'s right eye socket.

On Monday, May 5, 2025, Ian Stewart ████████████████████ wrote:
> Hi T█████
>
> Remember me. You thought I thought you were man. You're pretty for an old lady. This is gonna be fun.
>
> Best wishes, get your cougar on.
>
> -Ian

GOVERNMENT EXHIBIT
CASE NO.
EXHIBIT NO. 5

1