

**Ian Stewart**
@Ianpatstew

> Visibility limited: this Post may violate X's rules against Hateful Conduct. Learn more

There is a chain of command, Boasberg, you fucking faggot. If you're not within that chain of command, you don't get to assert authority on its Command. We. Will. Fucking. Kill. You. Get that through your head before a .308 HPBT does.

12:25 AM · Apr 25, 2025 · **20** Views



AO386-C
GOVERNMENT EXHIBIT

CASE NO. _____

EXHIBIT NO. **6**