000817



https://x.com/Ianpatstew/status/1914035610375114990



https://x.com/Ianpatstew/status/1914035813576589755



https://x.com/Ianpatstew

