## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Ian Patrick Stewart, ) | Case No. 1:25-cr-126 |
| ) | |
| Defendant. ) | |

On June 9, 2025, Defendant made his initial appearance in this matter and arraigned. On motion by the United States, the court ordered Defendant detained pending a detention hearing on June 12, 2025. On motion by Defendant, the detention hearing was continued until July 3, 2025.

On June 26, 2025, the United States filed a Motion for Continued Detention along with seven exhibits for the court to consider at Defendant's detention hearing. (Doc. No. 28).

On July 3, 2025, the court convened Defendant's detention hearing. At the outset of the hearing, the United States offered the aforementioned seven exhibits. There being no objection from Defendant, the seven exhibits were received by the court.

At the conclusion of the hearing, finding that the United States had proven by a preponderance of the evidence that no combination of conditions will reasonably assure Defendant's appearance and by clear and convincing evidence that combination of conditions will reasonably ensure the safety of other persons or the community, the court ordered Defendant detained pending trial. The United States Motion for Continued Detention (Doc. No. 28) is therefore **GRANTED**.

**IT IS SO ORDERED.**

Dated this 3rd day of July, 2025.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court