UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>IAN PATRICK STEWART,<br><br>Defendant. | Cr. No. 1:25-CR-126<br><br>**MOTION FOR RECONSIDERATION OF ORDER OF DETENTION** |

Comes now Ian Patrick Stewart, through his attorney, Assistant Federal Public Defender Max A. Rudy, and moves this Court for an order releasing Mr. Stewart from detention and permitting him to receive treatment at the Mental Health and Residential Rehabilitation Program at the Veteran's Administration Hospital in St. Cloud, Minneapolis.

Mr. Stewart asserts that the following information "was not known to the movant at the time of the hearing" and that it has a material bearing on detention. 18 U.S.C. § 3142(f).  The grounds and reasons to support this Motion are:

Mr. Stewart has previously requested that he be released to the MH RRTP program in St. Cloud. Minnesota. Although his request was previously denied, the Government and the Court indicated that it may be appropriate to re-open the issue of detention if additional information about Mr. Stewart's mental health and/or the proposed program were available for the Court's consideration.

In the accompanying Memorandum in Support of Motion for Reconsideration of Order of Detention, Mr. Stewart provides additional information about both the

program and Mr. Stewart's mental health conditions. For the reasons stated in the Memorandum in support of this motion, Mr. Stewart respectfully requests that the Court release him from custody to attend treatment at the MH RRTP in St. Cloud, Minnesota.

The Government has authorized undersigned counsel to inform the Court that the Government will present their position on this motion after having had an opportunity to review the information contained herein.

Dated this 3rd day of September, 2025.

        Respectfully submitted,

        JASON J. TUPMAN
        Federal Public Defender
        By:

        */s/ Max A. Rudy*
        Max A. Rudy
        Assistant Federal Public Defender
        Attorney for Defendant
        Office of the Federal Public Defender
        Districts of South Dakota and North Dakota
        100 West Broadway Avenue, Suite 230
        Bismarck, ND 58501
        Telephone: 701-250-4500 Facsimile: 701-250-4498
        filinguser_SDND@fd.org