IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IAN PATRICK STEWART,<br><br>Defendant. | Case No. 1:25-cr-00126<br><br>**UNITED STATES' RESPONSE TO DEFENDANT'S MOTION FOR RECONSIDERATION OF ORDER OF DETENTION AND REQUEST FOR IN PERSON HEARING** |

The United States of America, by Jennifer Klemetsrud Puhl, Acting United States Attorney for the District of North Dakota, and Jonathan J. O'Konek, Assistant United States Attorney, hereby responds to the defendant's Motion for Reconsideration of Order of Detention and Motion for In-Person Hearing.  (Doc. Nos. 35 and 39).

The United States joins the defendant in his request that this Court order an in-person hearing to address the defendant's Motion for Release.  Ordering an in-person hearing will allow the parties to:

1. Present the Court with additional information about the defendant's current physical and mental health statuses;

2. Provide the United States with ample time to notify the alleged victims about the defendant's proposed release plan; and

3. Offer the alleged victims in this case an opportunity to voice their concerns, if any, to the defendant's proposed release plan.

If the Court is inclined to grant a hearing, the United States intends to make its recommendation on the defendant's motion to release at the time of the hearing, after it

considers the defendant's provided information.  For the Court's planning purposes, the United States is <u>unavailable</u> for a hearing during:

    1) the afternoon of September 4;

    2) the morning of September 5;

    3) the morning of September 16;

    4) all day on September 18, and

    5) the afternoon of September 23, 2025.

Dated: September 3, 2025.

                                       JENNIFER KLEMETSRUD PUHL
                                       Acting United States Attorney

By:   */s/  Jonathan J. O'Konek*
        JONATHAN J. O'KONEK
        Assistant United States Attorney
        P. O. Box 699
        Bismarck, ND  58502-0699
        (701) 530-2420
        ND Bar Board ID No. 06821
        Jonathan.OKonek@usdoj.gov
        Attorney for United States