# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Ian Patrick Stewart, | ) | Case No.: 1:25-cr-00126 |
| | ) | |
| Defendant. | ) | |

On September 3, 2025, Defendant filed a *Motion for Release from Custody* and *Motion for Hearing*. (Doc. Nos. 35, 39). Defendant advised he had been accepted into the Mental Health Residential Rehabilitation Program at the Veteran's Administration Hospital in St. Cloud, Minnesota. The same day, the United States filed a response to Defendants motions, advising it joins in the Defendant's request for hearing, and would make its recommendation on the motion for release at the time of the hearing.

On September 4, 2025, the court granted Defendant's motion for hearing and scheduled a hearing on the motion for September 5, 2025. On September 5, 2025, the court convened for the hearing. For the reasons articulated on the record, the court **DEFERS** ruling on Defendant's motion (Doc. No. 35) pending the receipt of a travel itinerary submitted to and approved by United States Probation and Pretrial Services.

**IT IS SO ORDERED.**

Dated this 5th day of September, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court