UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>IAN PATRICK STEWART,<br><br>                Defendant. | Criminal No. 1:25-CR-126<br><br>**DEFENDANT'S MOTION TO CONTINUE TRIAL** |

      Comes now Ian Patrick Stewart, Defendant above-named, by and through his attorney, Assistant Federal Public Defender Max A. Rudy, and moves this Honorable Court for its Order continuing the trial date currently scheduled for November 4, 2025, for at least 60 days, on the following grounds:

      In order to properly represent Defendant, the undersigned needs additional time to locate witnesses, to complete the investigation, and to prepare for trial.

      On September 17, 2025, the undersigned was released to the Veteran's Administration Hospital in St. Cloud, MN, and additional time is now being requested to allow the defendant's continued success there.

      The undersigned, further, represents to the Court that this motion is made neither for purposes of undue delay nor other improper reason.  Counsel makes this request for the Defendant in order to have the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      Defendant has been informed and understands that the delay occasioned by this motion is excluded from counting under the Speedy Trial Act.

Assistant United States Attorney Jonathan O'Konek does not object to this motion.

Dated this 30th day of September, 2025.

>Respectfully submitted,
>
>JASON J. TUPMAN
>Federal Public Defender
>By:
>
>*/s/ Max A. Rudy*
>Max A. Rudy
>Assistant Federal Public Defender
>Attorney for Defendant
>Office of the Federal Public Defender
>Districts of South Dakota and North Dakota
>100 West Broadway Ave, Ste 230
>Bismarck, ND 58501
>Telephone: 701-250-4500
>Facsimile: 701-250-4498
>filinguser_SDND@fd.org