### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER GRANTING MOTION TO** |
| ) | **MODIFY CONDITIONS OF RELEASE** |
| v. ) | |
| ) | |
| Ian Patrick Stewart, ) | Case No..: 1:25-cr-00126 |
| ) | |
| Defendant. ) | |

On September 8, 2025, the court ordered Defendant conditionally released to attend treatment at the Mental Health Residential Rehabilitation Treatment Program at the Veteran's Administration ("VA") Hospital in St. Cloud, Minnesota. (Doc. No. 44). On November 6, 2025, Defendant was permitted to travel to and reside in VA transitional housing in Sturgis, South Dakota, while he participated in the VA Compensated Work Therapy Transitional Residence Program upon his discharge from the VA hospital in St. Cloud, Minnesota. (Doc. No. 54).

On December 18, 2025, Defendant filed a *Motion to Modify Conditions of Release*. (Doc. No. 57). Therein, Defendant requested the court modify his conditions of release to permit him to travel between North and South Dakota, except with the permission of his supervising officer.

The court is inclined to **GRANT** Defendant's motion. (Doc. No. 57). Condition number four (*See* Doc. No. 44), shall be modified as follows:

4) Except upon prior approval from the Pretrial Services Officer, Defendant's travel is restricted to North Dakota and South Dakota.

**IT IS SO ORDERED.**

Dated this 19th day of December, 2025.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court