IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>IAN PATRICK STEWART,<br><br>      Defendant. | Cr. No. 1:25-CR-126<br><br>DEFENDANT'S UNOPPOSED<br>MOTION TO CONTINUE TRIAL |

Comes now, Ian Patick Stewart, by and through his attorney, Assistant Federal Public Defender Max A. Rudy, and moves the Court for its Order continuing the trial date of currently scheduled for April 7, 2026, for at least 90 days, on the following grounds:

In order to properly represent Defendant, the undersigned needs additional time to complete the investigation and to prepare for trial.

On June 24, 2025, counsel filed an unopposed motion to continue Mr. Stewart's trial and submitted a written consent to a continuance. Doc. 21, 22. This motion was granted. Doc. 26. A second unopposed motion for a continuance of the trial in this matter was submitted on September 30, 2025, along with a written consent to the continuance. Doc. 45, 46. This motion was granted. Doc. 47. Trial in this matter is presently scheduled for April 7, 2026.

This case presents unique circumstances that have resulted in defense counsel needing additional time in order to be prepared to move this case towards resolution. Counsel for Mr. Stewart has submitted a Brief in Support of this motion for a continuance which details those circumstances for the court's review.

The undersigned, further, represents to the Court that this motion is made neither for purposes of undue delay nor other improper reason. Counsel makes this request for the Defendant in order to have the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Defendant has been informed and understands that the delay occasioned by this motion is excluded from counting under the Speedy Trial Act.

Assistant U.S. Attorney Jonathan O'Konek, on behalf of the government, does not object to this motion.

Dated this 9th day of March, 2026.

Respectfully submitted,

JASON J. TUPMAN
Federal Public Defender
By:

*/s/ Max A. Rudy*
Max A. Rudy
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
Districts of South Dakota and North Dakota 100
West Broadway Avenue, Suite 230
Bismarck, ND 58501
Telephone: 701-250-4500
Facsimile: 701-250-4498 filinguser_SDND@fd.org