## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Ian Patrick Stewart, | ) | Case No. 1:25-cr-126 |
| | ) | |
| Defendant. | ) | |

On September 8, 2025, the court issued an order conditionally releasing Defendant to a Mental Health Residential Rehabilitation Treatment Program at the Veteran's Administration ("VA") Hospital in St. Cloud, Minnesota. (Doc. No. 44). On November 6, 2025, the court issued an order amending Defendant's release conditions to, upon his discharge from the VA hospital in St. Cloud, Minnesota. permit him to travel to and reside in VA transitional housing in Sturgis, South Dakota, while he participated in the VA Compensated Work Therapy Transitional Residence Program.  (Doc. No. 54).

On June 15, 2026, Defendant filed a Motion to Modify Order Setting Conditions of Release. (Doc. No. 69). He requests that the court modify his release conditions to permit him to transition back to his private residence in North Dakota.

There being no objection from the United States, the court **GRANTS** Defendant' motion (Doc. No. 69) and amends Defendant's release conditions as follows. Defendant is authorized to move from VA transition housing in Sturgis, South Dakota, to an address approved by the supervising Pretrial Services Officer on June 22, 2026. Defendant shall not change this residence without the prior approval of the Pretrial Services Officer. Defendant's travel shall be restricted to

North Dakota, except upon prior approval from his supervising Pretrial Services Officer.  Defendant must participate in the following location restriction program and comply with its requirements as directed by the Pretrial Services Officer:

Home Detention: Defendant is restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the Pretrial Services Officer.

Defendant must submit to the following location monitoring technology and comply with its requirements as directed: Location monitoring technology as directed by the Pretrial Services Officer.  On June 22, 2026, Defendant shall directly report to the Pretrial Services Office in Bismarck so that Services Office for location monitoring hook up.

**IT IS SO ORDERED.**

Dated this 16th day of June, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court